IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL A. STEVENS,

        Plaintiff,

   v.

DEA AGENT JACK WILSON, STATE OF
OREGON-DEPARTMENT OF JUSTICE

        Defendants.

No. 3:22-cv-00066-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on January 28, 2022, in which she recommends that this Court dismiss pro se Plaintiff's complaint with prejudice. F&R, ECF 7. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF No. 15. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [7]. Therefore, Plaintiff's Complaint [1] is DISMISSED.

IT IS SO ORDERED.

DATED: __March 28, 2022__.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER